UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE L. COTTRELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FELIX IGBINOSA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-01530-LJO-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>[ECF No. 24] |

　　　　Plaintiff Dale L. Cottrell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　 On October 23, 2014, the Court found that Plaintiff's second amended complaint stated a cognizable claim for deliberate indifference to a serious medical need against Defendants C. Lackey, Karen Berard, Ifeoma Ogbuehi, Rajib Das, Miran Park, Angelica Duenas, Felix Igbinosa, and Does 1 through 3.  In that order, the Court forwarded Plaintiff the necessary service of process documents for completion and return to the Court within thirty days.  To date, Plaintiff has failed to comply with the order.  The October 23, 2014, order, specifically warned Plaintiff "[t]he failure to comply with this order will result in dismissal of this action." (ECF No. 24, 3:7.)

　　　　Accordingly, Plaintiff is HEREBY ORDERED to show cause within thirty (30) days from the date of service of this order why this action should not be dismissed as a sanction against him for

failing to obey a court order and failing to prosecute this action.  <u>The failure to comply with this order, or the failure to show good cause, will result in dismissal of the action</u>.

IT IS SO ORDERED.

Dated:   **December 2, 2014**

UNITED STATES MAGISTRATE JUDGE