1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 DALE L. COTTRELL, | ) Case No.: 1:13-cv-01530-LJO-SAB (PC) |
| 12           Plaintiff, | ) |
| 13    v. | ) ORDER VACATING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF'S REQUEST TO EXTEND TIME TO COMPLETE AND RETURN SERVICE OF PROCESS FORMS |
| 14 FELIX IGBINOSA, et al., | ) |
| 15           Defendants. | ) [ECF Nos. 25, 26] |
| 16 _____ | ) |

17       Plaintiff Dale L. Cottrell is appearing pro se and in forma pauperis in this civil rights action

18 pursuant to 42 U.S.C. § 1983.

19       Now pending before the Court is Plaintiff's motion to extend the time to complete and submit

20 the necessary service of process forms.

21       On October 23, 2014, the Court found that Plaintiff's second amended complaint stated a

22 cognizable claim for deliberate indifference to a serious medical need against Defendants C. Lackey,

23 Karen Berard, Ifeoma Ogbuehi, Rajib Das, Miran Park, Angelica Duenas, Felix Igbinosa, and Does 1

24 through 3.  In that order, the Court forwarded Plaintiff the necessary service of process documents for

25 completion and return to the Court within thirty days.

26       Because Plaintiff failed to comply with the Court's October 23, 2014, order, an order to show

27 cause why the action should not be dismissed was issued on December 2, 2014.  However, as

28 previously stated, Plaintiff filed a motion to extend the time to submit the service of the process forms

1

on December 2, 2014.  Thus, the Court's order and Plaintiff's motion crossed in the mail.  In his motion, Plaintiff indicates that he did not receive the Court's October 23, 2014, order until October 27, 2014, and pursuant to the mailbox rule his motion to extend time was deemed submitted on November 25, 2014. Plaintiff submits that he is currently in the process of ascertaining the addresses of each of the Defendants.   On the basis of good cause, the Court will vacate the December 2, 2014, order to show and grant Plaintiff's request to extend the time to submit the service of process documents.

Accordingly, IT IS HEREBY ORDERED that:

1.      The December 2, 2014, order to show cause is VACATED; and

2.      Plaintiff is granted to and including **December 27, 2014**, to complete and submit the service of process forms in compliance with the Court's October 23, 2014, order.

IT IS SO ORDERED.

Dated:   **December 3, 2014**

UNITED STATES MAGISTRATE JUDGE

2