# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE L. COTTRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>FELIX IGBINOSA, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-01530-LJO-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT MIRAN PARK<br><br>[ECF Nos. 36, 44] |

Plaintiff Dale L. Cottrell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 15, 2015, Defendants Berard, Das, Duenas, Igbinosa, and Ogbuehi filed an answer to the second amended complaint.  (ECF No. 35.)  On April 16, 2015, the Court issued the discovery and scheduling order.  (ECF No. 36.)

On July 13, 2015, Defendant Miran Park filed an answer to the second amended complaint. (ECF No. 44.)

///

///

///

///

///

1

1  In light of the fact that Defendant Park has filed an answer to the complaint after the issuance
2  of the discovery and scheduling order, it is HEREBY ORDERED that the discovery and scheduling
3  order is extended to Defendant Park.
4
5  IT IS SO ORDERED.
6  Dated:   **July 14, 2015**
7  UNITED STATES MAGISTRATE JUDGE