UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE L. COTTRELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FELIX IGBINOSA, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-01530-LJO-SAB (PC)<br><br>ORDER REQUIRING DEFENDANT MIRAN PARK TO SHOW CAUSE WHY EXPENSE OF PERSONAL SERVICE SHOULD NOT BE TAXED AGAINST HIM<br><br>[ECF Nos. 42, 43] |

　　　　Plaintiff Dale L. Cottrell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Pending before the Court is a request by the United States Marshals Service for reimbursement of the expense incurred in effecting personal service on Defendant Park, filed on July 8, 2015. (ECF No. 42.)

　　　　Pursuant to the Federal Rules of Civil Procedure, individuals have "a duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1). "If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant . . . the expense later incurred in making service. . . ." Fed. R. Civ. P. 4(d)(2)(A).

　　　　Based on the information provided by the U.S. Marshal Service, attempts were made to obtain a waiver of service of the summons from Defendant Park on February 20, 2015, and June 3, 2015.

1

(ECF No. 42.)  On June 17, 2015, the Marshal effected personal service, incurring an expense of $77.25.  (Id.)

Accordingly, it is HEREBY ORDERED that:

1. Defendant Park has **fifteen (15) days** from the date of this order within which to show good cause for failing to waive service; and
2. If Defendant Park either (1) fails to respond to this order or (2) responds but fails to show good cause, he will be required to reimburse the United States Marshals Service the $77.25 expense incurred in effecting personal service.

IT IS SO ORDERED.

Dated:   **July 15, 2015**

UNITED STATES MAGISTRATE JUDGE