UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE L. COTTRELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FELIX IGBINOSA, et al.,<br><br>　　　　　　Defendants. | Case No.1:13-cv-01530-LJO-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT LACKEY<br><br>[ECF Nos. 36, 47] |

　　　　Plaintiff Dale L. Cottrell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On April 15, 2015, Defendants Berard, Das, Duenas, Igbinosa, and Ogbuehi filed an answer to the second amended complaint.  (ECF No. 35.)  On April 16, 2015, the Court issued the discovery and scheduling order.  (ECF No. 36.)

　　　　On August 25, 2015, Defendant Lackey filed an answer to the second amended complaint. (ECF No. 47.)

///

///

///

///

///

1

1  In light of the fact that Defendant Lackey has filed an answer to the complaint after the
2  issuance of the discovery and scheduling order, it is HEREBY ORDERED that the discovery and
3  scheduling order is extended to Defendant Lackey.

5  IT IS SO ORDERED.

6  Dated:   **August 26, 2015**

UNITED STATES MAGISTRATE JUDGE

2