UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE L. COTTRELL,<br><br>            Plaintiff,<br><br>      v.<br><br>FELIX IGBINOSA, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-01530-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO VACATE DEPOSITION DEADLINE<br><br>[ECF No. 50] |

Plaintiff Dale L. Cottrell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 10, 2015, Defendants filed a motion to vacate the deposition deadline and reset it, if necessary, following the resolution of Defendants' pending motion for summary judgment.

Good cause, appearing, Defendants' motion to modify the schedule is GRANTED, and the deadline for taking Plaintiff's deposition shall be vacated and reset, if necessary, after resolution of Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:   **October 30, 2015**

UNITED STATES MAGISTRATE JUDGE

1