# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE L. COTTRELL,<br><br>      Plaintiff,<br><br>    v.<br><br>FELIX IGBINOSA, et al.,<br><br>      Defendants. | Case No.: 1:13-cv-01530-LJO-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR CLARIFICATION<br><br>[ECF No. 60] |

Plaintiff Dale L. Cottrell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 20, 2016, Plaintiff filed a request for clarification as to the deadline to file an opposition to Defendants' pending motion for summary judgment.

On November 13, 2015, the Court granted Plaintiff a sixty day extension of time to file his opposition (i.e. on or before January 12, 2016), and on December 18, 2015, Plaintiff was granted an additional thirty day extension.  (ECF Nos. 56, 59.)  In light of the Court's orders, Plaintiff is advised that his opposition is presently due on or before February 12, 2016.

IT IS SO ORDERED.

Dated:   **January 22, 2016**

UNITED STATES MAGISTRATE JUDGE

1