UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE L. COTTRELL,<br><br>            Plaintiff,<br><br>    v.<br><br>FELIX IGBINOSA, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-01530-LJO-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF FAILURE TO RECEIVE DEFENDANTS' REPLY TO HIS OPPOSITION AND DIRECTING CLERK OF COURT TO SERVE COURTESY COPY OF DEFENDANTS' REPLY ON PLAINTIFF<br><br>[ECF No. 97] |

Plaintiff Dale L. Cottrell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 27, 2017, Plaintiff filed a notice indicating that he has not received a copy of Defendants' reply to his opposition.

Plaintiff is advised that Defendants filed a timely reply on January 10, 2017, which was served on Plaintiff by mail at his address of record.  Based on Plaintiff's contention that he has not received such filing, the Court will direct the Clerk to serve a courtesy copy of Defendants' reply on Plaintiff. However, Plaintiff is advised that upon the filing of Defendants' reply, the motion for summary judgment is deemed submitted for review and no further filings by either party are allowed, absent

///

///

1

court order. Local Rule 230(l). Accordingly, it is HEREBY ORDERED that the Clerk of Court shall serve a courtesy copy of Defendants' reply, filed January 10, 2017 (Doc. 96), on Plaintiff at his address of record.

IT IS SO ORDERED.

Dated: __**January 30, 2017**__

UNITED STATES MAGISTRATE JUDGE

2