# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE L. COTTRELL, | Case No.: 1:13-cv-01530-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER SETTING CASE FOR SETTLEMENT CONFERENCE ON MAY 23, 2017 AT 1:00 P.M. BEFORE UNITED STATES MAGISTRATE JUDGE ERICA P. GROSJEAN |
| FELIX IGBINOSA, et al., | |
| Defendants. | |

Plaintiff Dale L. Cottrell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to United States Magistrate Judge Erica P. Grosjean to conduct a settlement conference at the U.S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #10 on May 23, 2017 at 1:00 p.m. A separate order and writ of habeas corpus ad testificandum will be issued.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before United States Magistrate Judge Erica P. Grosjean on May 23, 2017 at 1:00 p.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #10.

///

2. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person.
3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.
4. Defendants shall provide a confidential settlement statement to the following email address: epgorders@caed.uscourts.gov. Plaintiff shall mail his confidential settlement statement to United States Magistrate Judge Erica P. Grosjean at U. S. District Court, 2500 Tulare Street, Fresno, California 93721. The envelope shall be marked "Confidential Settlement Statement". Settlement statements shall arrive no later than **May 16, 2017**. Parties shall also file a Notice of Submission of Confidential Settlement Conference Statement (See Local Rule 270(d)). Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.
5. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:
    a. A brief statement of the facts of the case.
    b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
    c. A summary of the proceedings to date.
    d. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.
    e. The relief sought.

  f. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

  g. A brief statement of each party's expectations and goals for the settlement conference.

IT IS SO ORDERED.

Dated: **April 14, 2017**

UNITED STATES MAGISTRATE JUDGE