

FILED
MAY 23 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE L. COTTRELL,<br><br>Plaintiff,<br><br>v.<br><br>FELIZ IGBINOSA, et al.,<br><br>Defendants. | Case No. 1:13-cv-01530-LJO-SAB (PC)<br><br>ORDER THAT INMATE DALE. L. COTTRELL IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A settlement conference in this matter commenced on May 23, 2017, inmate Dale L. Cottrell CDCR Inmate No. P-44493, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 5/23/17

UNITED STATES MAGISTRATE JUDGE

1