# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE L. COTTRELL,<br><br>    Plaintiff,<br><br>v.<br><br>FELIX IGBINOSA, et al.,<br><br>    Defendants. | Case No. 1:13-cv-01530-LJO-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 109) |

    Plaintiff Dale L. Cottrell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On January 12, 2017, the parties submitted a stipulation of voluntary dismissal, with prejudice and with each party to bear its own costs and fees. In light of the stipulation of the parties, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

    Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **May 25, 2017**

    UNITED STATES MAGISTRATE JUDGE

1